2:26cv3531 DAD AC(PS)

# CIVIL COVER SHEET (FORM JS 44)

## The updated intake data for the United States District Court for the Eastern District of California (Sacramento Division) clerk counter has been adjusted to reflect the **amended financial demand**.

**I. Plaintiffs**

MAG HOLDINGS TRUST

**II. Defendants**

QUALITY LOAN SERVICE CORPORATION, SELECT PORTFOLIO SERVICING, INC., and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

**III. County of Residence of First Listed Party**

Plaintiff County of Residence: International / Mexico (Out of State)

Defendant County of Residence: San Diego County, CA

**IV. Basis of Jurisdiction**

Federal Question (U.S. Government Not a Party) or Diversity (depending on secondary state claims)

**V. Citizenship of Principal Parties**

Citizen of Another State or Foreign Country (Plaintiff)

Incorporated or Principal Place of Business in This State (Defendants)

**VI. Nature of Suit**

Code: 370 (Other Fraud) or Code: 220 (Foreclosure / Real Property)

**VII. Cause of Action**

28 U.S.C. Section 1331 (Federal Question Lawsuit addressing cross-border security trust assets and violations of security clearing procedures)

**VIII. Requested in Complaint**