Name MAG HOLDINGS TRUST FOR M.L WICKS BEN OF SPRR.
Street Address MARIANO ESCOBEDO 134 CP,22704 LERDO DE TEJADA REFORMA
City and County ROSARITO, CP. 22704 ROSARITO B.C.
State and Zip Code
Telephone Number (52) 646-1262159 213·3149172

FILED

OCT - 9 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

MAG HOLDINGSTRUST FOR M L WICKS BENEFICIARY OF SOUTHERN PACIFIC RAILROAD

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

COMMUNITY REDEVELMENT AGENCY OF CITY OF LOS ANGELES CALIFORNIA, CITY OF LA VERNE, CALIFORNIA, MAGUIRE PROPERTIES ONE BUNKEHILL, ET AL

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 2:26CV3531 DAD AC (PS)
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

FINANCIAL STATEMENTS
12 73391639
12 -7299186702
12 -7299186702
13 73542860
MOYE WICKS TRUST

1 of 83

# INFORMATION REQUEST

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| A. NAME & PHONE OF CONTACT [optional] | FILING OFFICE ACCT# |
|---|---|
| Mumina Rahman 323319-4454 | |

**B. RETURN TO: (Name and Address)**
Mumina A Rahman
358 East San Ysidro
None
San Ysidro, Ca 92173
USA

**DOCUMENT NUMBER:** 37180950004
**ORDER DATE:** 04/03/2013 12:17
**IMAGE GENERATED ELECTRONICALLY FOR WEB ORDER**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1. DEBTOR NAME** to which this request relates - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

ORGANIZATION NAME

| INDIVIDUAL LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**2 INFORMATION OPTIONS RELATING TO UCC FILINGS AND OTHER NOTICES FILED IN FILING OFFICE THAT INCLUDE AS A DEBTOR THE NAME IDENTIFIED IN ITEM 1**

☐ For 2a and 2b, **mark this box** to request a search that is **COMPLETE** to include **lapsed and unlapsed** filings. UNLESS MARKED, SEARCH MAY BE INCOMPLETE.

2a. ☐ SEARCH RESPONSE with copies of ALL records found. ☐ Please CERTIFY all copies **(additional $5.00 fee per record).**

2b. ☐ **SEARCH RESPONSE only.**

2c. ☑ **COPIES ONLY. Please complete the information below, as appropriate. For UCC3 records, include the type of UCC3 and corresponding filing date.**

| File Number | # of copies | # of CERTIFIED COPIES (ADD'L FEE APPLIES) | FILE DATE (USE FOR UCC3 ONLY) | Filing Type-Financing Statement, Cont.,Term.,Assign.,Amend. |
|---|---|---|---|---|
| 13-73542860 | 1 | 1 | 4/2/2013 | Amendment |
| 12-73391639 | 1 | 1 | 12/4/2012 | Amendment |
| 12-7299186702 | 1 | 1 | | |
| | | | | |
| | | | | |
| | | | | |

**3. CALIFORNIA SECRETARY OF STATE'S OFFICE OFFERS THESE ADDITIONAL SEARCHING OPTIONS:**

3a. ☐ SEARCH TO REFLECT - Please run the search after the filing document accompanying this request has been filed.

3b. ☐ DEBTOR SEARCH LIMITED TO THE FOLLOWING ADDRESS: ______________________

3c. ☐ DEBTOR SEARCH LIMITED FROM THIS DATE: ______________________

3d. ☐ SECURED PARTY LISTING: Insert only one name (organization or individual)

ORGANIZATION NAME

| INDIVIDUAL LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |
| CITY | STATE | COUNTRY | |
| | | | |

**FILING OFFICE COPY**

TRANSMITTING UTILITY

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Mumina Rahman
323319-4454

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Mumina A Rahman
358 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: 37166300003
FILING NUMBER: 13-73542860
FILING DATE: 04/02/2013 15:22
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
12-7299186702

1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☑ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| | | | | |
|---|---|---|---|---|
| | 6a. ORGANIZATION'S NAME | | | |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | | | | | |
|---|---|---|---|---|---|
| | 7a. ORGANIZATION'S NAME | | | | |
| OR | 7b. INDIVIDUAL'S LAST NAME<br>Wicks | FIRST NAME<br>Moye | MIDDLE NAME<br>Jarvis | | SUFFIX |
| 7c. MAILING ADDRESS<br>358 East San Ysidro | | CITY<br>San Ysidro | STATE<br>Ca | POSTAL CODE<br>92173- | COUNTRY<br>USA |
| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE | |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing , All Proceeds relating to the following general intangibles and accounts and proceeds.The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in he Land Records Division ,Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case C549524 RA vs Jennie L Wicks 91.369.67 C549523 -CRA vs Beaudry 997.000.00 Secured Party Maintains all right to All Air Rights, All property held above or below the surface. All Water Rights ,All land patents,All property associated with APN 5151-017-028- 5151-017-021, 5151-017-020-5151-017-009- 5151-017001 located at 633 W 5th St ,LA, CA, 601 W 5th St,LA,CA- 431 South Grand LA,CA- 400 S.Hope St. LA CA Secured Party has caused
to be filed; SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT
PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM &WATKINS LLP Secured Party owns

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | | | | |
|---|---|---|---|---|
| | 9a. ORGANIZATION'S NAME | | | |
| OR | 9b. INDIVIDUAL'S LAST NAME<br>Rahman | FIRST NAME<br>Mumina | MIDDLE NAME<br>A | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

TRANSMITTING UTILITY

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

**15. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
12-7299186702

**16. NAME OF PARTY AUTHORIZING THIS AMENDMENT**(same as item 9 on Amendment form)

| | | | |
|---|---|---|---|
| OR | **16a. ORGANIZATION'S NAME** | | |
| | **16b. INDIVIDUAL'S LAST NAME** Rahman | **FIRST NAME** Mumina | **MIDDLE NAME, SUFFIX** A |

**17 MISCELLANEOUS**

DOCUMENT NUMBER: 37166300003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**17. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (17a or 17b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **17a. ORGANIZATION'S NAME** | | | | |
| | **17b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **17c. MAILING ADDRESS** | | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **17d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **17e. TYPE OF ORGANIZATION** | **17f. JURISDICTION OF ORGANIZATION** | **17g. ORGANIZATIONAL ID#, if any** ☐NONE | |

**18. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (18a or 18b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **18a. ORGANIZATION'S NAME** | | | | |
| | **18b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **18c. MAILING ADDRESS** | | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **18d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **18e. TYPE OF ORGANIZATION** | **18f. JURISDICTION OF ORGANIZATION** | **18g. ORGANIZATIONAL ID#, if any** ☐NONE | |

**19. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (19a or 19b) - do not abbreviate or combine names**

| | | | | | |
|---|---|---|---|---|---|
| OR | **19a. ORGANIZATION'S NAME** | | | | |
| | **19b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **19c. MAILING ADDRESS** | | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **19d. SEE INSTRUCTIONS** | **ADD'L DEBTOR INFO** | **19e. TYPE OF ORGANIZATION** | **19f. JURISDICTION OF ORGANIZATION** | **19g. ORGANIZATIONAL ID#, if any** ☐NONE | |

**20.ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - **insert only one name (20a or 20b)**

| | | | | |
|---|---|---|---|---|
| OR **20a. ORGANIZATION'S NAME** MOSES JARVIS WICKS TRUST | | | | |
| **20b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **20c. MAILING ADDRESS** 358 East San Ysidro Blvd | **CITY** San Ysidro | **STATE** Ca | **POSTAL CODE** 92173- | **COUNTRY** USA |

**21.ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - **insert only one name (21a or 21b)**

| | | | | |
|---|---|---|---|---|
| OR **21a. ORGANIZATION'S NAME** WICKS FAMILY TRUST II | | | | |
| **21b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **21c. MAILING ADDRESS** 358 East San Ysidro | **CITY** San Ysidro | **STATE** Ca | **POSTAL CODE** 92173- | **COUNTRY** USA |

**FILING OFFICE COPY**

y

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | | | |
|---|---|---|---|
| **11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)**<br>12-7299186702 | | | |
| **12. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)** | | | |
| | **12a. ORGANIZATION'S NAME** | | |
| OR | **12b. INDIVIDUAL'S LAST NAME**<br>Rahman | **FIRST NAME**<br>Mumina | **MIDDLE NAME, SUFFIX**<br>A |

**DOCUMENT NUMBER: 37166300003**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILIN**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**13. Use this space for additional information**

all ASSETS and Accept For Value All Property belonging to Debtors or debtors Subsidiaries or Suborniates in common. U..C.C. 9620-9621

-9607- 9315-(d) 3
Secure Party owns all rights to properties herein mentioned in the name of ETTIE LEE ETTIE LEE HOMES LIAHONA FOUNDATION , ENGSTRUM PARTNERSHIP, ENGSTRUM ASSOCIATES MAGUIRE THOMAS PARTNERS LIBRARY SQUARE LTD. LIBRARY ASSOCIATES LLC ROCK-BUNKER
Inc. property is owned by Secured Party

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Moye Wicks
3233194454

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**
Moye Wicks
358 East San Ysidro Blvd
San Ysidro, Ca 92173-92105
USA

**DOCUMENT NUMBER:** 35605200002
**FILING NUMBER:** 12-73391637
**FILING DATE:** 12/04/2012 00:17
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**1a. INITIAL FINANCING STATEMENT FILE #** 12-7299187450

**1b.** ☐ **This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.**

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☑ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
☐ DELETE name: Give record name to be deleted in item 6a or 6b.
☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**

OR

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| RAHMAN | MUMINA | A | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

OR

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Rahman | Mumina | A | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 358 EAST SAN YSIDRO | San Ysidro | CA | 92173- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned.

All fixtures whether any of the foregoing is owned now or acquired later all additions replacements and subsequent relating to any of the foregoing all record of any kind relating to any of the foregoing, all proceeds relating to any of the following including general

intangibles and accounts proceeds the U.C.C represents a fixture Filing to be filed in Los Angeles in the County of Los Angeles Ca covering all fixtures located at the real property described herein and known as 431 South Grand Ave APN 5151-017-009
All outstanding legal cases or files C549524 D.S.42 Plant owned by Wicks Family Trust Jennie L Wicks
Value of Collateral $ 91,667.00.plus accrued interest from May 31, 1985 until presented for cash value. Assignee has all powers to sell or borrow on held trust properties. Off Sets owed by Wicks Family Trust and Moye Jarvis Wicks Trust is $70,000,000 Seventy Million U.S Dollars. Trustee has all powers to distribute Securities Control Agreements. Secured party has all

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

**a. ORGANIZATION'S NAME**

OR

| b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| RAHMAN | MUMINA | A | |

**10. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY

TRANSMITTING UTILITY

6

# UCC FINANCING STATEMENT AMENDMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| | | | |
|---|---|---|---|
| **11. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)<br>12-7299187450 | | | |
| **12. NAME OF PARTY AUTHORIZING THIS AMENDMENT**(same as item 9 on Amendment form) | | | |
| | **12a. ORGANIZATION'S NAME** | | |
| OR | **12b. INDIVIDUAL'S LAST NAME**<br>RAHMAN | **FIRST NAME**<br>MUMINA | **MIDDLE NAME, SUFFIX**<br>A |

**DOCUMENT NUMBER:** 35605200002
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

**13. Use this space for additional information**
right to default against DEBTOR who fails to pay under U.C.C 9-620

**FILING OFFICE COPY**

**IMPERSONATED. Wicks DOB:4-22-1852**
**ENGSTRUM PARTNERSHIP, Inc. aka**
**Engstrum Partnership, Inc. M.**
**IMPERSONATED. Wicks DOB:4-22-1852**
**FORTY THIEVES, INC aka The Forty**
**Thieves, INC. M. IMPERSONATED. Wicks**
**DOB:4-22-1852,**

Defendant

---

TRANSMITTING UTILITY

**The debtor parties are Robert F Maguire III in Los Angeles CA, Robert F Maguire III in Los Angeles CA, Maguire Thomas Partners Library Square Ltd in Santa Monica CA and Los Angeles CA, Library Square Associates in Los Angeles CA, and Library Square Associates LLC in Los Angeles CA. The secured parties are Wicks Family Trust Udt 1915 in San Ysidro CA, Moye Jarvis Wicks Trust in San Ysidro CA, and Wicks Family Trust in San Ysidro CA.**

**This California UCC Filing #117295512265 was recorded on 12/28/2011.The filing status is listed as Active**

(Unlapsed) and there are 13 events listed on this filing ranging from 12/03/2012 to 05/03/2013.

Filing Number: 117295512265 Filing Status: Active (Unlapsed) Expiration Date: None UCC Pages: 25 Pages

Filing State: California (CA) Filing Date: 12/28/2011

Filing Type: Financing Statement Total Pages: 25 Pages

Debtor Companies

Name: Robert F. Maguire III

Address: 633 5 Th St Los Angeles

Los Angeles, CA

Entity Type: General Business

Name: Robert F Maguire IIII

Address: 355 South Grand

Los Angeles, CA 90071

Entity Type: General Business

Name: Maguire Thomas Partners Library Square Ltd

Address: 1299 Ocean

Santa Monica, CA 90401

Entity Type: Limited Partnership

Name: Library Square Associates

**Address: 633 W 5th St 2020**

**Los Angeles, CA 90071**

**Entity Type: General Business**

**Name: Maguire Thomas Partners Library Square Ltd**

**Address: 355 S Grand Ave**

**Los Angeles, CA 90071**

**Entity Type: Limited Partnership**

**Name: Library Square Associates**

**Address: 355 S Grand**

**Los Angeles, CA 90071**

**Entity Type: General Business**

**Name: Library Square Associates LLC**

**Address: 355 South Grand**

**Los Angeles, CA 90071**

**Entity Type: Limited-Liability Company**

**Secured Companies /**

**Name: Wicks Family Trust Udt 1915**

**Address: 358 East San Ysidro**

**San Ysidro, CA 92173**



10

**Entity Type: General Business**

**Name: Moye Jarvis Wicks Trust**

**Address: 358 E San Ysidro Blvd**

**San Ysidro, CA 92173**

**Entity Type: General Business**

**Name: Wicks Family Trust**

**Address: 358 E San Ysidro Blvd**

**San Ysidro, CA 92173**

**Entity Type: General Business**

**Filing Events**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1273391630 Lapse Date: None**

**Event Date: 12/03/2012**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1273391631 Lapse Date: None**

**Event Date: 12/03/2012**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1273391632 Lapse Date: None**

**Event Date: 12/03/2012**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1273391633 Lapse Date: None**

**Event Date: 12/03/2012**

**Action Name: Amendment Page Count: 4 Pages Address: Not Available**

**Event Number: 1373543088 Lapse Date: None**

**Event Date: 04/02/2013**

**Action Name: Termination Page Count: 1 Page Address: Not Available**

**Event Number: 1373550675 Lapse Date: None**

**Event Date: 04/03/2013**

**Action Name: Termination Page Count: 1 Page Address: Not Available**

**Event Number: 1373550676 Lapse Date: None**

**Event Date: 04/03/2013**

**Action Name: Amendment Page Count: 4 Pages Address: Not Available**

**Event Number: 1373555802 Lapse Date: None**

**Event Date: 04/11/2013**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1373555803 Lapse Date: None**

**Event Date: 04/11/2013**

**Action Name: Termination Page Count: 2 Pages Address: Not Available**

**Event Number: 1373596295 Lapse Date: None**

**Event Date: 04/23/2013**

**Action Name: Amendment Page Count: 2 Pages Address: Not Available**

**Event Number: 1373596885 Lapse Date: None**

**Event Date: 05/03/2013**

**Action Name: Amendment Page Count: 2 Pages Address: Not Available**

**Event Number: 1373596888 Lapse Date: None**

**Event Date: 05/03/2013**

**Action Name: Amendment Page Count: 2 Pages Address: Not Available**



13

**Event Number: 1373596890 Lapse Date: None**

**Event Date: 05/03/2013**

**Note DEBTORS tried unsuccessfully to terminate our legal filings.**

**The debtor parties are Moses Jarvis Wicks in Los Angeles CA, Sarah Amanda Wicks in Los Angeles CA, Moses Langley Wicks in Los Angeles CA, Moye Wicks in Los Angeles CA, Matilda J Wicks in Los Angeles CA, Marion Wicks in Los Angeles CA, Muriel Wicks in Los Angeles CA, Percy Wicks in Los Angeles CA, Jennie Wicks in Los Angeles CA, Jenny Wicks in Los Angeles CA, Moses Langley Wicks Jr in Los Angeles CA, Ettie Lee in Los Angeles CA, James A Thomas in Los Angeles CA, John C Cushman in Los Angeles CA, Robert F Maguire III in Santa Monica CA, Ralph B Simmons in Glendale CA, June Evelyn Simmons in Glendale CA, Frank William Pafford in Tarzana CA, Sarah Amanda Wicks Trust Udt 1915 in Los Angeles CA, Ettie Lee Homes in Los Angeles**

CA, Engstrum Partnership in Los Angeles CA, Engstrum Associates Co Prembroke Lane in Los Angeles CA, Maguire Thomas Partners in Los Angeles CA, Maguire Thomas Partners Library Square Ltd in Santa Monica CA, Liahona Foundation in Los Angeles CA, Pafford Associates in Tarzana CA, Maguire Partner- Southlake Land GP in Santa Monica CA, Maguire Partners- Solana Minerals in Santa Monica CA, Robert F. Maguire III As Trustee Of The 901 Ariole Way Trust in Santa Monica CA, Maguire Partners Southlake Land LP in Santa Monica CA, Maguire Partners Solana Minerals LP in Santa Monica CA, First Interstate Bank Of California in Los Angeles CA, Wells Fargo Bank National Association in Irvine CA, and Robert F. Maguire III As Trustee Of The 901 Ariole Way Trust in Santa Monica CA. The secured parties are Moye Jarvis Wicks Trust in San Ysidro CA and Wicks Family Trust II in San Ysidro CA.

This California UCC Filing #117290777758 was recorded on 11/10/2011.The filing status is listed as Active

(Unlapsed) and there are 10 events listed on this filing ranging from 12/28/2011 to 05/15/2013.

Filing Number: 117290777758 Filing Status: Active (Unlapsed) Expiration Date: None UCC Pages: 32 Pages

Filing State: California (CA) Filing Date: 11/10/2011

Filing Type: Financing Statement Total Pages: 32 Pages

Debtor Companies / People

Name: Moses Jarvis Wicks

Address: 204 N. Evergreen Av

Los Angeles, CA 90033

Entity Type: General Business

Name: Sarah Amanda Wicks

Address: 204 Evergreen Ave

Los Angeles, CA 90033

Entity Type: General Business

Name: Moses Langley Wicks

Address: 204 Evergreen Ave

Los Angeles, CA 90033

Entity Type: General Business

Name: Moye Wicks

**Address: 204 Evergreen Ave**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Matilda J Wicks**

**Address: 204 Evergreen Ave**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Marion Wicks**

**Address: 204 Evergreen Ave**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Muriel Wicks**

**Address: 204 Evergreen**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Percy Wicks**

**Address: 204 Evergreen**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Jennie Wicks**

**Address: 204 Evergreen Ave**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Jenny Wicks**

**Address: 204 Evergreen Ave**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Moses Langley Wicks Jr**

**Address: 204 N. Evergreen**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Ettie Lee**

**Address: 523 S. Shatto Pl**

**Los Angeles, CA 90005**

**Entity Type: General Business**

**Name: James A Thomas**

**Address: 2415 Pilgrimage**

**Los Angeles, CA 90068**

**Entity Type: General Business**

**Name: John C Cushman**

**Address: 515 Flower**

**Los Angeles, CA 90071**

**Entity Type: General Business**

**Name: Robert F Maguire Iii**

**Address: 1299 Ocean**

**Santa Monica, CA 90401**

**Entity Type: General Business**

**Name: Ralph B Simmons**

**Address: 323 Isabel St**

**Glendale, CA 91205**

**Entity Type: General Business**

**Name: June Evelyn Simmons**

**Address: 323 Isabel**

**Glendale, CA 91205**

**Entity Type: General Business**

**Name: Frank William Pafford**

**Address: 5448 Bothwell**

**Tarzana, CA 90039**

**Entity Type: General Business**

**Name: Robert F Maguire Iii**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: General Business**

**Name: Sarah Amanda Wicks Trust Udt 1915**

**Address: 204 Evergreen**

**Los Angeles, CA 90033**

**Entity Type: General Business**

**Name: Ettie Lee Homes**

**Address: 661 Shatto Pl**

**Los Angeles, CA 90005**

**Entity Type: General Business**

**Name: Engstrum Partnership**

**Address: 2415 Pilgrimage**

**Los Angeles, CA 90068**

**Entity Type: General Business**

**Name: Engstrum Associates Co Prembroke Lane**

**Address: 515 S. Flower**

**Los Angeles, CA 90071**

**Entity Type: General Business**

**Name: Maguire Thomas Partners**

**Address: 1299 Ocean Ave**

**Los Angeles, CA 90401**

**Entity Type: General Business**

**Name: Maguire Thomas Partners Library Square Ltd**

**Address: 1299 Ocean**

**Santa Monica, CA 90401**

**Entity Type: Limited Partnership**

**Name: Liahona Foundation**

**Address: 661 Shatto**

**Los Angeles, CA 90005**

**Entity Type: General Business**

**Name: Pafford Associates**

**Address: 5448 Bothwell**

**Tarzana, CA 90039**

**Entity Type: General Business**

**Name: Maguire Partner- Southlake Land GP**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: General Business**

**Name: Maguire Partners- Solana Minerals**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: General Business**

**Name: Robert F. Maguire III As Trustee Of The 901 Ariole Way Trust**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: General Business**

**Name: Maguire Partners Southlake Land LP**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: Limited Partnership**

**Name: Maguire Partners Solana Minerals LP**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: Limited Partnership**

**Name: First Interstate Bank Of California**

**Address: 633 5th Street**

**Los Angeles, CA**

**Entity Type: General Business**

**Name: Wells Fargo Bank National Association**

**Address: 2030 Main Street**

**Irvine, CA**

**Entity Type: Association**

**Name: Robert F. Maguire III As Trustee Of The 901 Ariole Way Trust**

**Address: 1733 Ocean Ave**

**Santa Monica, CA**

**Entity Type: General Business**

**Secured Companies / People**

**Name: Moye Jarvis Wicks Trust**

**Address: 358 East San Ysidro**

**San Ysidro, CA 92173**

**Entity Type: General Business**

**Name: Wicks Family Trust II**

**Address: 358 East San Ysidro**

**San Ysidro, CA 92173**

Entity Type: General Business

Filing Events

Action Name: Amendment Page Count: 6 Pages Address: Not Available

Event Number: 1172955086 Lapse Date: None

Event Date: 12/28/2011

Action Name: Amendment Page Count: 2 Pages Address: Not Available

Event Number: 1273096337 Lapse Date: None

Event Date: 04/13/2012

Action Name: Amendment Page Count: 4 Pages Address: Not Available

Event Number: 1273132068 Lapse Date: None

Event Date: 05/14/2012

Action Name: Amendment Page Count: 2 Pages Address: Not Available

Event Number: 1273132140 Lapse Date: None

Event Date: 05/14/2012

Action Name: Amendment Page Count: 4 Pages Address: Not Available

**Event Number: 1373542681 Lapse Date: None**

**Event Date: 04/02/2013**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1373555797 Lapse Date: None**

**Event Date: 04/11/2013**

**Action Name: Amendment Page Count: 1 Page Address: Not Available**

**Event Number: 1373555798 Lapse Date: None**

**Event Date: 04/11/2013**

**Action Name: Termination Page Count: 1 Page Address: Not Available**

**Event Number: 1373580139 Lapse Date: None**

**Event Date: 04/23/2013**

**Action Name: Termination Page Count: 2 Pages Address: Not Available**

**Event Number: 1373596294 Lapse Date: None**

**Event Date: 04/23/2013**

**Action Name: Amendment Page Count: 2 Pages Address: Not Available**

**Event Number: 1373616435 Lapse Date: None**

**Event Date: 05/15/2013**

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 4 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 02, 2013

Debra Bowen

Secretary of State

FILE # 1373542850

Document Number: 37170280006

**Wicks Claims**

Page 3

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
[illegible]

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME | | |
| 12b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME, SUFFIX A |

13. Use this space for additional information

DOCUMENT NUMBER: [illegible]
FILING OFFICE COPY — THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 14a. ORGANIZATION'S NAME | | | |
| 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any — NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 15a. ORGANIZATION'S NAME | | | |
| 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any — NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | | | |
|---|---|---|---|
| 16a. ORGANIZATION'S NAME | | | |
| 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any — NONE |

17. ADDITIONAL SECURED PARTY'S NAME or NAME of TOTAL ASSIGNOR S/P - insert only one name (17a or 17b)

| | | | | |
|---|---|---|---|---|
| 17a. ORGANIZATION'S NAME: [illegible] WICKS TRUST | | | | |
| 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 17c. MAILING ADDRESS: [illegible] San Yaldo Blvd | CITY: San Yaldo | STATE: Ca | POSTAL CODE: [illegible] | COUNTRY: USA |

18. ADDITIONAL SECURED PARTY'S NAME or NAME of TOTAL ASSIGNOR S/P - insert only one name (18a or 18b)

| | | | | |
|---|---|---|---|---|
| 18a. ORGANIZATION'S NAME: WICKS FAMILY TRUST [illegible] | | | | |
| 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 18c. MAILING ADDRESS: [illegible] East San Yaldo | CITY: San Yaldo | STATE: Ca | POSTAL CODE: [illegible] | COUNTRY: USA |

FILING OFFICE COPY

Wicks Claims



28

Page 2

**UCC FINANCING STATEMENT AMENDMENT ADDENDUM**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | | |
| 12-7291180702 | | |
| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
| 12a. ORGANIZATION'S NAME | | |
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| [illegible] | [illegible] | A |

DOCUMENT NUMBER: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

13. Use this space for additional information

all ASSETS and Accept For Value All Property belonging to Debtors or debtors Subsidiaries or Subordinates in common. U.C.C. [illegible]

-9607- 9[illegible] )

Secured Party owns all rights to properties herein mentioned in the name of [illegible] FOUNDATION, [illegible] PARTNERSHIP, [illegible] ASSOCIATES MAGUIRE THOMAS PARTNERS LIBRARY SQUARE LTD. LIBRARY ASSOCIATES LLC [illegible] Inc. property is owned by Secured Party

FILING OFFICE COPY

L

FILE

Wicks Claims



29

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Marnina Rahman

[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Marnina A Rahman

[illegible] East San Ysidro Blvd

None

San Ysidro, Ca 92173-[illegible]

USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: 13-[illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-7299185780

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | DELETE name: Give record name to be deleted in item 6a or 6b. | ☑ ADD name: Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Wicks | [illegible] | [illegible] | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| [illegible] East San Ysidro | San Ysidro | Ca | 92173- | USA |

7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any ☐ NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing . All Proceeds relating to the following general intangibles and accounts and proceeds. The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in he Local Records Division .Secured party has previously [illegible] to Debtor on [illegible] rights and all proceeds as to Case held by Superior Court Case C541524 [illegible] vs Frankie L Wicks 91,[illegible] [illegible] -CHA vs [illegible] [illegible] Secured Party Maintains all right to All Air Rights. All property held above or below the surface. All Water Rights .All land patents.All property associated with APN 5151-017-028- 5151-017-021. 5151-017-[illegible]-5151-017-[illegible]- 5151-017-[illegible] located at 633 W 5th St L.A. CA. 666 W 5th St L.A.CA- 431 South Grand L.A.CA- 400 S.Hope St. L.A CA Secured Party has [illegible]
[illegible] by filed: SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT
PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM & WATKINS LLP Secured Party [illegible]

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Rahman | Marnina | A | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

Wicks Claims



36

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 4 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Debra Bowen

Secretary of State

FILE # 1373542860

ent Number: 37180950004

**Wicks Claims**



31

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
12-7299180702

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

12a. ORGANIZATION'S NAME

OR 12b. INDIVIDUAL'S LAST NAME: Johnson | FIRST NAME: Marnicia | MIDDLE NAME, SUFFIX: A

13. MISCELLANEOUS:

DOCUMENT NUMBER: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

14a. ORGANIZATION'S NAME

OR 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

14c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any | NONE

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

15a. ORGANIZATION'S NAME

OR 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

15c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any | NONE

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

16a. ORGANIZATION'S NAME

OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

16c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any | NONE

17. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNOR S/P) - insert only one name (17a or 17b)

17a. ORGANIZATION'S NAME
MOZIES ELEVEN WICKES TRUST

OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

17c. MAILING ADDRESS: 155 East San Ysidro Blvd | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | COUNTRY: USA

17. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNOR S/P) - insert only one name (17a or 17b)

17a. ORGANIZATION'S NAME
WICKES FAMILY TRUST II

OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

17c. MAILING ADDRESS: 155 East San Ysidro | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | COUNTRY: USA

FILING OFFICE COPY

**Wicks Claims**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Mumina Rahman
[illegible]-4454

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Mumina A Rahman
208 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: [illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-7399186302

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
DELETE name: Give record name to be deleted in item 6a or 6b.
ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Wicks | Moses | Jamie | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 158 East San Ysidro | San Ysidro | Ca | 92173 | USA |

7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing. All Proceeds relating to the following general intangibles and accounts and proceeds. The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in the Land Records Division .Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case C[illegible] RA vs Jamie L Wicks 99,360.87 C[illegible] -CRA vs [illegible] 97,000.00 Secured Party Maintains all right to All Air Rights. All property held above or below the surface. All Water Rights. All land patents.All property associated with APN 5151-017-028- 5151-017-031, 5151-017-030-5151-017-009- 5151-017008 located at 631 W 5th St ,LA, CA. 604 W 5th St.LA.CA- 431 South Grand LA.CA- 400 S.Hope St. LA CA Secured Party has caused

to be filed. SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2015 By LATHAM &WATKINS LLP Secured Party [illegible]

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Rahman | Mumina | A | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



33

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Momina Rahman
323319-4454

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Momina A Rahman
368 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: 37 [illegible]
FILING NUMBER: 13-7[illegible]
FILING DATE: 04/02/2013 [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
12-7299186702

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c, and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | DELETE name: Give record name to be deleted in item 6a or 6b. | ADD name: Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME: Wicks | FIRST NAME: Jesse | MIDDLE NAME: Lewis | SUFFIX
7c. MAILING ADDRESS: 368 East San Ysidro | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | COUNTRY: USA
7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing . All Proceeds relating to the following general intangibles and accounts and proceeds.The U.C.C filing amendments supersede a future filing to be recorded in Los Angeles .Co in he Land Records Division .Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case C5[illegible] RA vs Jessie L Wicks 91,369.63 C549[illegible] -CRA vs Beazley 997,000.00 Secured Party Maintains all right to All Air Rights, All property held above or below the surface. All Water Rights ,All land patents,All property associated with APN 5151-017-028- 5151-017-031, 5151-017-020-5151-017-009-5151-017001 located at 633 W 5th St .LA CA, 601 W 5th St.LA.CA- 431 South Grand LA.CA- 400 S.Hope St. LA CA Secured Party has caused to be filed; SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM &WATKINS LLP Secured Party states

9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S LAST NAME: Rahman | FIRST NAME: Momina | MIDDLE NAME: A | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 1 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 09, 2013

Secretary of State

FILE # 1273391639

Document Number: 37180950004

**Wicks Claims**

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Moye Wicks
[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Moye Wicks
[illegible] East San Ysidro Blvd
San Ysidro, Ca 92173-[illegible]
USA

[illegible]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: [illegible]

3. CONTINUATION: [illegible]

4. ASSIGNMENT [illegible]

5. AMENDMENT (PARTY INFORMATION): [illegible]

CHANGE name and/or address: [illegible] DELETE name: [illegible] ADD name: [illegible]

6. CURRENT RECORD INFORMATION:

| | | | |
|---|---|---|---|
| 6a. ORGANIZATION'S NAME | | | |
| 6b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | | | | |
|---|---|---|---|---|
| 7a. ORGANIZATION'S NAME | | | | |
| 7b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME Moye | MIDDLE NAME | | SUFFIX [illegible] |
| 7c. MAILING ADDRESS [illegible] EAST SAN YSIDRO | CITY SAN YSIDRO | STATE CA | POSTAL CODE 92173- | COUNTRY USA |
| 7d. [illegible] | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT [illegible]

| | | | |
|---|---|---|---|
| 9a. ORGANIZATION'S NAME | | | |
| 9b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME [illegible] | SUFFIX |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



36

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 5 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Debra Bowen

Secretary of State

FILE # 127280186702

Document Number: 37180950004

**Wicks Claims**

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 5 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 02, 2013

Debra Bowen

Secretary of State

FILE # 127299186702

ocument Number: 37170260006

**Wicks Claims**

12-7299186702

01/26/2012 15:58

FILED

**UCC FINANCING STATEMENT**

356 EAST SAN YSIDRO

SAN YSIDRO, CA 92173

USA

SARAH

Los Angeles

CA

USA

356 EAST SAN YSIDRO

SAN YSIDRO

CA

92173

USA

ALL PROCEEDS , ALL SECURITY AGREEMENTS , ALL PROPERTY HELD BY ANY PERSONS ALL HOLDINGS IN ANY BANK OR SAVINGS OR TRUST ACCOUNT IN THE NAME OF ALL DEBTORS BANKS AND INSTITUTIONS FOREIGN AND DOMESTIC ON INTERNATIONAL WATERS , ALL RAILROAD CLAIMS , WATER CLAIMS RIGHTS ALL MINERAL RIGHTS ON ANY LANDS OWNED BY DEBTORS AT ANY TIME FROM 1983 [illegible] ALL INCLUDED [illegible] SUPERIOR COURT CASES HELD BY ANY DEBTORS

CONSTRUCTIVE TRUST CLAIMS NON- JUDICIAL [illegible] LIENS [illegible]

FILING OFFICE COPY

Wicks Claims

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

[illegible]

WICKS

[illegible]

CA

USA

[illegible]

Wicks Claims



40

Page 4

## UCC FINANCING STATEMENT ADDITIONAL PARTY

LOS ANGELES CA USA

LOS ANGELES CA USA

LOS ANGELES CA USA

FILING COPY

Wicks Claims



41

Page 3

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

| | | |
|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| [illegible] | MOSES | [illegible] |

| | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| [illegible] | [illegible] | | |
| MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| [illegible] AVE | LOS ANGELES | CA [illegible] | USA |

| | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| [illegible] | MATILDA | | |
| MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| [illegible] AVE | LOS ANGELES | CA [illegible] | USA |

| | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| [illegible] | [illegible] | | |
| MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| [illegible] AVE | LOS ANGELES | CA [illegible] | USA |

| | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| [illegible] | [illegible] | A | |
| MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| [illegible] | [illegible] | CA [illegible] | |

| | | | |
|---|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |
| MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |
| | | | |

Wicks Claims



42

**UCC FINANCING STATEMENT ADDENDUM**

[illegible]

| | | |
|---|---|---|
| WICKS | MONES | MARVIS |

[illegible]

| | | | |
|---|---|---|---|
| PIERCE | [illegible] | LANGLEY | |
| [illegible] | Los Angeles | CA | USA |

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | |
| [illegible] | San Ysidro | CA | USA |

[illegible] 70,000,000 [illegible]

LOTS 4-5 AND THE NORTH STRIP 20 FEET WIDE OF LOT 3 BLK 101 [illegible] TERRACE TRACT

APN-5151 017-009

451 SOUTH GRAND AVE [illegible] CA

451 South Grand AVE. LOS ANGELES CA

APN 5151 017-030

[illegible] 41 FT [illegible] and Northerly 20 ft of Lot 3 in Blk 101 [illegible] Terrace Tract [illegible] as recorded in Book 1 pg 962 [illegible]

[illegible] CASE [illegible] DEPOSIT ACCOUNT 14590-92003 [illegible]

[illegible] CITY OF LOS ANGELES

305 S. SPRING LA CA 90071

[illegible]

FILING OFFICE COPY

Wicks Claims

12-7299188702
01/26/2012 15:58
FILED

# UCC FINANCING STATEMENT

MOYE WICKS II
[illegible]
MOYE WICKS II
338 EAST SAN YSIDRO
SAN YSIDRO, CA 92173
USA

[illegible]

Los Angeles CA USA

[illegible]

SARAH [illegible] Los Angeles CA USA

[illegible]

WICKS III [illegible] SAN YSIDRO CA 92173 USA
338 EAST SAN YSIDRO

ALL PROCEEDS , ALL SECURITY AGREEMENTS , ALL PROPERTY HELD BY ANY PERSONS ALL HOLDINGS IN ANY BANK OR SAVINGS OR TRUST ACCOUNT, IN THE NAME OF ALL DEBTORS BANKS AND INSTITUTIONS FOREIGN AND DOMESTIC OR INTERNATIONAL WATERS - ALL RAILROAD CLAIMS ,WATER CLAIMS RIGHTS ALL MINERAL RIGHTS ON ANY LANDS OWNED BY DEBTORS AT ANY TIME FROM [illegible] ALL INCLUDED [illegible] SUPERIOR COURT CASES HELD BY ANY DEBTORS

[illegible]

OPTIONAL FILER REFERENCE DATA
[illegible] CONSTRUCTIVE TRUST CLAIMS NON- JUDICIAL COM LIENS [illegible]

FILING OFFICE COPY

Wicks Claims



44

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Mumina Rahman

[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mumina A Rahman

[illegible] East San Ysidro blvd

None

San Ysidro, Ca 92173-92173

USA

DOCUMENT NUMBER: [illegible]

FILING NUMBER: 13-[illegible]

FILING DATE: [illegible]

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING

THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

13-[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these two boxes. Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | DELETE name: Give record name to be deleted in item 6a or 6b. | ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

WICKS FAMILY TRUST II

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTIONS | ADD'L INFO RE | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

Financing Statement made in connection with Memorandum of Understanding and [illegible] Agreement signed by [illegible] as Secured party [illegible] Wicks III and Wicks Family Trust III [illegible] Under Seal of Trust.

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

Rahman | Mumina | A

10. OPTIONAL FILER REFERENCE DATA

[illegible] Claims Charges [illegible] Wicks III, WICKS FAMILY TRUST II

FILING OFFICE COPY

**Wicks Claims**



45

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 4 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 02, 2013

Debra Bowen

Secretary of State

FILE # 1373542850

Document Number: 37170280008

**Wicks Claims**



46

Page 3

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | | | | |
|---|---|---|---|---|---|
| CITY | San Ysidro | STATE | Ca | COUNTRY | USA |
| CITY | San Ysidro | STATE | Ca | COUNTRY | USA |

FILING OFFICE COPY

**Wicks Claims**



47

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
13-7291 [illegible]

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | | |
|---|---|---|
| 12a. ORGANIZATION'S NAME | | |
| OR 12b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME, SUFFIX A |

DOCUMENT NUMBER: [illegible]
[illegible] GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR GA FILING OFFICE USE ONLY

13. Use this space for additional information
all ASSETS and Accept For Value All Property belonging to Debtors or [illegible] Subsidiaries or Subordinates in [illegible]. U.C.C. [illegible]

-9607- 9325-(d) 3
Secured Party owns all rights to properties herein mentioned in the name of [illegible] HOMES LAHONA FOUNDATION, [illegible] PARTNERSHIP, [illegible] ASSOCIATES MAGUIRE THOMAS PARTNERS LIBRARY SQUARE LTD. LIBRARY ASSOCIATES LLC ROCK-IT [illegible]
Inc. property is owned by Secured Party

FILING OFFICE COPY

L
FILA

Wicks Claims



48

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Marcus Rahman
323519-4454

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Maurice A Rahman
208 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: 13-[illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-72991[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | DELETE name: Give record name to be deleted in item 6a or 6b. | ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| Wicks | Monet | Sarah | | |
| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 338 East San Ysidro | San Ysidro | Ca | 92173 | USA |
| 7d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | None |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing . All Proceeds relating to the following general Intangibles and accounts and proceeds. The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in he Land Records Division .Secured party has previously indicated to Debtor to maintain rights and all proceeds as in Case held by Superior Court Case C549534 RA vs Ronnie L Wicks $1,[illegible] C549535 -CRA vs Beverly $97,500.00 Secured Party Maintains all right to All Air Rights. All property held above or below the surface. All Water Rights. All land patents.All property associated with APN 5135-017-028- 5153-017-021, 5138-017-030-5151-017-059- 5151-017-058 located at 635 W 5th St L.A. CA. 666 W 5th St L.A.CA- 431 South Grand L.A.CA- 460 S Hope St. L.A CA Secured Party has caused
to be filed. SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORDS/LETTER OF DEMAND/PROPOSAL TO ACCEPT
PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM &WATKINS LLP Secured Party owns

9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Rahman | Maurice | A | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

Wicks Claims



49

# State of California

## Secretary of State

I, ***Debra Bowen***, Secretary of State of the State of California, hereby certify:

That the attached transcript of 4 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Debra Bowen

Secretary of State

FILE # 1373542660

Document Number: 37180950004

**Wicks Claims**



50

Page 3

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| 9. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) | | |
| 12-7[illegible] | | |
| 10. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
| 10a. ORGANIZATION'S NAME | | |
| OR 10b. INDIVIDUAL'S LAST NAME<br>[illegible] | FIRST NAME<br>[illegible] | MIDDLE NAME, SUFFIX<br>A |
| 11. MISCELLANEOUS: | | |

DOCUMENT NUMBER: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| | | | | | |
|---|---|---|---|---|---|
| 13. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (13a or 13b) – do not abbreviate or combine names | | | | | |
| 13a. ORGANIZATION'S NAME | | | | | |
| OR 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 13c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 13d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 13e. TYPE OF ORGANIZATION | 13f. JURISDICTION OF ORGANIZATION | 13g. ORGANIZATIONAL ID#, if any<br>☐ NONE | | |
| 14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (14a or 14b) – do not abbreviate or combine names | | | | | |
| 14a. ORGANIZATION'S NAME | | | | | |
| OR 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 14c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any<br>☐ NONE | | |
| 15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME – insert only one debtor name (15a or 15b) – do not abbreviate or combine names | | | | | |
| 15a. ORGANIZATION'S NAME | | | | | |
| OR 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 15c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any<br>☐ NONE | | |

| | | | | | |
|---|---|---|---|---|---|
| 16. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNOR) – insert only one name (16a or 16b) | | | | | |
| 16a. ORGANIZATION'S NAME<br>MOSES JARVIS WICKS TRUST | | | | | |
| OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 16c. MAILING ADDRESS<br>[illegible] East San Ysidro Blvd | CITY<br>San Ysidro | STATE<br>Ca | POSTAL CODE<br>92173- | COUNTRY<br>USA | |
| 17. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNOR) – insert only one name (17a or 17b) | | | | | |
| 17a. ORGANIZATION'S NAME<br>WICKS FAMILY TRUST II | | | | | |
| OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| 17c. MAILING ADDRESS<br>[illegible] East San Ysidro | CITY<br>San Ysidro | STATE<br>Ca | POSTAL CODE<br>92173- | COUNTRY<br>USA | |

FILING OFFICE COPY

**Wicks Claims**



51

**UCC FINANCING STATEMENT AMENDMENT**

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Mumina Rahman
[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Mumina A Rahman
[illegible] East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: [illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-7[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: [illegible]

3. CONTINUATION: [illegible]

4. ASSIGNMENT (full or partial): [illegible]

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: [illegible] DELETE name: [illegible] ADD name: Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME: Wicks | FIRST NAME: [illegible] | MIDDLE NAME: [illegible] | SUFFIX
7c. MAILING ADDRESS: [illegible] East San Ysidro | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173 | COUNTRY: USA
7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any | NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing. All Proceeds relating to the following general intangibles and accounts and proceeds. The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in he Land Records Division .Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case [illegible] vs [illegible] Wicks [illegible] [illegible] -CRA vs [illegible] [illegible] Secured Party Maintains all right to All Air Rights, All property held above or below the surface, All Water Rights ,All land patents,All property associated with APN 5151-017-028- 5151-017-021, 5151-017-020-5151-017-009-5151-017-004 located at 633 W 5th St ,L.A, CA, 604 W 5th St.L.A.CA- 431 South Grand LA.CA- 400 S.Hope St. LA CA Secured Party has caused
to be filed. SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT
PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM &WATKINS LLP Secured Party [illegible]

9. NAME OF SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S LAST NAME: Rahman | FIRST NAME: Mumina | MIDDLE NAME: A | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



52

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Morvina Rahman
[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Morning A Rahman
556 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: [illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # [illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. DELETE name: Give record name to be deleted in item 6a or 6b. ADD name: Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME: Wicks | FIRST NAME: Jesse | MIDDLE NAME: [illegible] | SUFFIX
7c. MAILING ADDRESS: 556 East San Ysidro | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | COUNTRY: USA
7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing . All Proceeds relating to the following general intangibles and accounts and proceeds.The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in the Land Records Division .Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case [illegible] RA vs Jesse L Wicks [illegible] [illegible] -CRA vs Beaudry 997,000.00 Secured Party Maintains all right to All Air Rights. All property held above or below the surface. All Water Rights ,All land patents.All property associated with APN 5151-017-[illegible], 5151-017-021, 5151-017-020-5151-017-009-5151-017001 located at 435 W 5th St .L.A. CA, 401 W 5th St.L.A.CA- 431 South Grand L.A.CA- 480 S.Hope St. LA CA Secured Party has caused
to be filed; SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2015 By LATHAM &WATKINS LLP Secured Party [illegible]

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S LAST NAME: Rahman | FIRST NAME: Morvina | MIDDLE NAME: A | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



53

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 1 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Secretary of State

FILE # 1273391539

Document Number: 371806950004

**Wicks Claims**

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

Moye Wicks

[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Moye Wicks

[illegible] East San Ysidro Blvd

San Ysidro, Ca 92173-92105

USA

FILING DATE: [illegible]

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #

[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: [illegible]

3. CONTINUATION: [illegible]

4. ASSIGNMENT (full or partial): [illegible]

5. AMENDMENT (PARTY INFORMATION): [illegible]

CHANGE name and/or address: [illegible] — DELETE name: [illegible] — ADD name: [illegible]

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| WICKS III | MOYE | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| [illegible] | Moye | | III |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| [illegible] EAST SAN YSIDRO | SAN YSIDRO | CA | 92173- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
| --- | --- | --- | --- | --- |
| | | | | NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT [illegible]

9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| --- | --- | --- | --- |
| [illegible] | [illegible] | [illegible] | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



54

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 5 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Debra Bowen

Secretary of State

FILE # 127280186702

Document Number: 37180950004

**Wicks Claims**



55

# State of California

## Secretary of State

I, ***Debra Bowen***, Secretary of State of the State of California, hereby certify:

That the attached transcript of 5 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.




***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 02, 2013

Debra Bowen

Secretary of State

FILE # 127399186702

ocument Number: 37170260006

**Wicks Claims**



56

12-7299186702

01/26/2012 15:58

FILED

**UCC FINANCING STATEMENT**

[illegible]

EAST SAN YSIDRO [illegible]

SAN YSIDRO, CA [illegible]

USA

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | Los Angeles | CA | USA |

| | | | |
|---|---|---|---|
| [illegible] | SARAH | [illegible] | [illegible] |
| [illegible] | Los Angeles | CA | USA |

| | | | |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] EAST SAN YSIDRO | SAN YSIDRO | CA | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL PROCEEDS . ALL SECURITY AGREEMENTS . ALL PROPERTY HELD BY ANY PERSONS ALL HOLDINGS IN ANY BANK OR SAVINGS OR TRUST ACCOUNT. IN THE NAME OF ALL DEBTORS BANKS AND INSTITUTIONS FOREIGN AND DOMESTIC ON INTERNATIONAL WATERS . ALL RAILROAD CLAIMS .WATER CLAIMS RIGHTS ALL MINERAL RIGHTS ON ANY LANDS OWNED BY DEBTORS AT ANY TIME FROM [illegible] ALL INCLUDED [illegible] SUPERIOR COURT CASES HELD BY ANY DEBTORS

[illegible]

8. OPTIONAL FILER REFERENCE DATA

[illegible] CONSTRUCTIVE TRUST CLAIMS NON- JUDICIAL [illegible]

FILING OFFICE COPY

Wicks Claims



57

UCC FINANCING STATEMENT ADDITIONAL PARTY

CA

USA

FILING OFFICE COPY

Wicks Claims



58

## UCC FINANCING STATEMENT ADDITIONAL PARTY

| | | |
|---|---|---|
| WICKS | MOSES | JARVIS |

[illegible]

| | | | |
|---|---|---|---|
| [illegible] | LOS ANGELES | CA | USA |

| | | | |
|---|---|---|---|
| [illegible] | LOS ANGELES | CA | USA |

| | | | |
|---|---|---|---|
| [illegible] | LOS ANGELES | CA | USA |

[illegible]

Wicks Claims



54

Page 1

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

| | | | | |
|---|---|---|---|---|
| LOS ANGELES | CA | | USA | |
| LOS ANGELES | CA | | USA | |
| LOS ANGELES | CA | | USA | |

Wicks Claims



60

Page 3

# UCC FINANCING STATEMENT ADDENDUM

[illegible]

| | | |
|---|---|---|
| [illegible] WICKS | [illegible] NORRIS | [illegible] MARVIS |

[illegible]

| | | | |
|---|---|---|---|
| [illegible] WICKS | [illegible] NORRIS | LANGLEY | |
| [illegible] | Los Angeles | CA | USA |

| | | | | |
|---|---|---|---|---|
| [illegible] Palmer | [illegible] | K | | |
| [illegible] Yorba Linda | Yorba Linda | CA | 92870 | USA |

13. This FINANCING STATEMENT covers [illegible] Recording Property Info

14. Description of real estate:

[illegible] the Westerly 41 FT lots 3 & 4 and Northerly 30 Ft of Lot 5 in Blk 101 [illegible] Tract per as recorded in Book 1 pg 482 [illegible] Records.

Claiming Case [illegible] Deposit Account 14590-92009 [illegible] Account [illegible]

CITY OF LOS ANGELES

345 S. SPRING LA CA 90071

16. Additional collateral description: 70,000,000 [illegible]

LOTS 4 & 5 AND THE NORTHERLY 20 feet [illegible] of Lot 3 Blk 101 [illegible] Terrace Tract

APN - 5151 017-009

451 SOUTH GRAND AVE LOS ANGELES CA 90071

451 South Grand AVE Los Angeles CA

APN 5151 017-030

17. Check only if applicable and check only one box. [illegible]

18. Check only if applicable and check only one box.

- [illegible] TRANSMITTING UTILITY
- Filed in connection with a [illegible] Transaction - effective 30 years
- Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

Wicks Claims



61

12-7299186702
01/26/2012 15:58
FILED

UCC FINANCING STATEMENT

[illegible]

4. This FINANCING STATEMENT covers the following collateral:
ALL PROCEEDS , ALL SECURITY AGREEMENTS , ALL PROPERTY HELD BY ANY PERSONS ALL HOLDINGS IN ANY BANK OR SAVINGS OR TRUST ACCOUNT, IN THE NAME OF ALL DEBTORS BANKS AND INSTITUTIONS FOREIGN AND DOMESTIC ON INTERNATIONAL WATERS - ALL RAILROAD CLAIMS , WATER CLAIMS RIGHTS
ALL MINERAL RIGHTS ON ANY LANDS OWNED BY DEBTORS AT ANY TIME FROM 1990 ALL INCLUDED [illegible] SUPERIOR COURT CASES HELD BY ANY DEBTORS

[illegible]

8. OPTIONAL FILER REFERENCE DATA
[illegible] CONSTRUCTIVE TRUST CLAIMS NON JUDICIAL COM LIENS [illegible]

FILING OFFICE COPY

Wicks Claims



62

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Mumina Rahman

[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Mumina A Rahman

303 East San Ysidro Blvd

None

San Ysidro, Ca 92173-92173

USA

DOCUMENT NUMBER: [illegible]

FILING NUMBER: [illegible]

FILING DATE: [illegible]

IMAGE GENERATED ELECTRONICALLY FOR WEB FILING

THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # [illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: [illegible]

3. CONTINUATION: [illegible]

4. ASSIGNMENT (full or partial): [illegible]

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these. [illegible]

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

[illegible] FAMILY TRUST II

OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any | NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

[illegible]

[illegible]

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT [illegible]

9a. ORGANIZATION'S NAME

OR 9b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME A | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

[illegible]

FILING OFFICE COPY

**Wicks Claims**



43

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 4 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 02, 2013

Debra Bowen

Secretary of State

FILE # 1373542860

Document Number: 37170880006

**Wicks Claims**



64

Page 2

**UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY**

FOLLOW INSTRUCTIONS [illegible] CAREFULLY

[illegible]

DOCUMENT [illegible]
[illegible] ELECTRONICALLY FOR THIS FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

[illegible]

| [illegible] | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

[illegible]

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| [illegible] | | | | |
| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| [illegible] | San Ysidro | Ca | [illegible] | USA |

[illegible]

| ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WICKS FAMILY TRUST [illegible] | | | | |
| INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| [illegible] San Ysidro | San Ysidro | Ca | [illegible] | USA |

FILING OFFICE COPY

**Wicks Claims**



65

Page 2

## UCC FINANCING STATEMENT AMENDMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| | | |
|---|---|---|
| 11. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) [illegible] | | |
| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
| 12a. ORGANIZATION'S NAME | | |
| 12b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME, SUFFIX A |

DOCUMENT NUMBER: [illegible]
FILING [illegible] ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

13. Use this space for additional information

all ASSETS and Accept For Value All Property belonging to Debtors or [illegible] Subsidiaries or Subordinates in [illegible]. U.C.C. [illegible]

-[illegible]- [illegible]

Secured Party [illegible] all rights to properties herein mentioned in the name of [illegible] LIAHONA FOUNDATION, [illegible] PARTNERSHIPS, [illegible] ASSOCIATES MAGUIRE THOMAS PARTNERS LIBRARY SQUARE LTD. LIBRARY ASSOCIATES LLC [illegible]

Inc. property is owned by Secured Party

FILING OFFICE COPY

L

FILE

Wicks Claims

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Monroe Rahman
[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Monica A Rahman
[illegible] East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: 13-[illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-7[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. DELETE name: Give record name to be deleted in item 6a or 6b. ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME [illegible] | SUFFIX
7c. MAILING ADDRESS [illegible] San Ysidro | CITY San Ysidro | STATE Ca | POSTAL CODE 92173- | COUNTRY USA
7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [illegible]

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All [illegible] whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing. All Proceeds relating to the following general intangibles and accounts and proceeds. The U.C.C filing [illegible] represents a [illegible] filing to be recorded in Los Angeles, Ca in the Land Records Division. Secured party has previously [illegible] to Debtor [illegible] rights and all proceeds [illegible] Case held by Superior Court Case C[illegible] RA vs [illegible] Wicks 91,[illegible] C[illegible] -CRA vs [illegible] 97,000.00 Secured Party Maintains all right to All Air Rights. All property held above or below the surface. All Water Rights. All land patents. All property associated with APN 5151-017-026- 5151-017-021, 5151-017-020-5151-017-[illegible]-5151-017-004 located at 633 W 5th St L.A. CA, 601 W 5th St L.A.CA- 431 South Grand LA.CA- 400 S Hope St. LA CA Secured Party has [illegible]

[illegible] SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED [illegible] LETTER OF DEMAND/PROPOSAL TO ACCEPT PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM & WATKINS LLP Secured Party [illegible]

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S LAST NAME Rahman | FIRST NAME Monica | MIDDLE NAME A | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

Wicks Claims



67

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 4 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Debra Bowen

Secretary of State

FILE # 1373542860

ent Number: 37150950004

**Wicks Claims**



68

Page 3

## UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

18. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form)
12-72993 [illegible]

19. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

19a. ORGANIZATION'S NAME

OR 19b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME, SUFFIX A

20. MISCELLANEOUS:

DOCUMENT NUMBER: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR [illegible] FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (21a or 21b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 21a. ORGANIZATION'S NAME | | | | |
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| 21d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 21e. TYPE OF ORGANIZATION | 21f. JURISDICTION OF ORGANIZATION | 21g. ORGANIZATIONAL ID#, if any NONE | |

22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (22a or 22b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 22a. ORGANIZATION'S NAME | | | | |
| OR 22b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| 22d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 22e. TYPE OF ORGANIZATION | 22f. JURISDICTION OF ORGANIZATION | 22g. ORGANIZATIONAL ID#, if any NONE | |

23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (23a or 23b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | | |
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| 23d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 23e. TYPE OF ORGANIZATION | 23f. JURISDICTION OF ORGANIZATION | 23g. ORGANIZATIONAL ID#, if any NONE | |

24. ADDITIONAL SECURED PARTY'S NAME (or name of TOTAL ASSIGNOR) - insert only one name (24a or 24b)

| | | | | | |
|---|---|---|---|---|---|
| 24a. ORGANIZATION'S NAME: [illegible] WICKS TRUST | | | | | |
| OR 24b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 24c. MAILING ADDRESS: 158 East San Ysidro Blvd | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | | COUNTRY: USA |

25. ADDITIONAL SECURED PARTY'S NAME (or name of TOTAL ASSIGNOR) - insert only one name (25a or 25b)

| | | | | | |
|---|---|---|---|---|---|
| 25a. ORGANIZATION'S NAME: WICKS FAMILY TRUST II | | | | | |
| OR 25b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | | SUFFIX |
| 25c. MAILING ADDRESS: 158 East San Ysidro | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | | COUNTRY: USA |

FILING OFFICE COPY

**Wicks Claims**



69

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Mumina Rahman
[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Mumina A Rahman
358 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: [illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE #
13-72891[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.
DELETE name: Give record name to be deleted in item 6a or 6b.
ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Wicks | [illegible] | [illegible] | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 358 East San Ysidro | San Ysidro | Ca | 92173 | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | NONE |

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing . All Proceeds relating to the following general intangibles and accounts and proceeds.The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in the Land Records Division. Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case C[illegible] RA vs Jennie L Wicks [illegible] C[illegible] CRA vs [illegible] [illegible] Secured Party Maintains all right to All Air Rights. All property held above or below the surface. All Water Rights ,All land patents.All property associated with APN 5151-017-028- 5151-017-031, 5151-017-030-5151-017-009-5151-017[illegible] located at 633 W 5th St ,LA, CA. 606 W 5th St,LA,CA- 431 South Grand LA,CA- 400 S,Hope St. LA CA Secured Party has [illegible]
to be filed. SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT
PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2013 By LATHAM &WATKINS LLP Secured Party [illegible]

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Rahman | Mumina | A | |

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



70

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)
Momina Rahman
[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Momina A Rahman
358 East San Ysidro blvd
None
San Ysidro, Ca 92173-92173
USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: 12-[illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # 12-7299[illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects Debtor or Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. DELETE name: Give record name to be deleted in item 6a or 6b. ADD name: Complete item 7a or 7b, and also item 7c.

6. CURRENT RECORD INFORMATION:
6a. ORGANIZATION'S NAME
6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:
7a. ORGANIZATION'S NAME
7b. INDIVIDUAL'S LAST NAME: Wicks | FIRST NAME: [illegible] | MIDDLE NAME: [illegible] | SUFFIX
7c. MAILING ADDRESS: 358 East San Ysidro | CITY: San Ysidro | STATE: Ca | POSTAL CODE: 92173- | COUNTRY: USA
7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral deleted or added, or give entire restated collateral description, or describe collateral assigned.

All fixtures, whether any of the foregoing is owned now or acquired later. All Additions, replacements and subsequent filings related to any of the foregoing . All Proceeds relating to the following general intangibles and accounts and proceeds.The U.C.C filing amendments represents a fixture filing to be recorded in Los Angeles ,Ca in the Land Records Division ,Secured party has previously indicated to Debtor to maintain rights and all proceeds as to Case held by Superior Court Case [illegible] R.A vs Aaron L Wicks 91,[illegible] C[illegible] -CRA vs Boundry [illegible] Secured Party Maintains all right to All Air Rights, All property held above or below the surface. All Water Rights ,All land patents,All property associated with APN 5151-017-[illegible]- 5151-017-[illegible], 5151-017-[illegible]-5151-017-[illegible] 5151-017-001 located at 435 W 5th St ,LA, CA, 401 W 5th St,LA,CA- 431 South Grand LA,CA- 480 S.Hope St. LA CA Secured Party has caused to be filed; SECURED PARTIES CONSTRUCTIVE NOTICE/CONDITIONAL ACCEPTANCE/AUTHENTICATED RECORD/LETTER OF DEMAND/PROPOSAL TO ACCEPT PARTIAL PAYMENTS IN RESPONSE TO DEBTORS REQUEST FOR AUTHENTICATED DEMAND SENT MARCH 12,2015 By LATHAM &WATKINS LLP Secured Party Assets

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here and enter name of DEBTOR authorizing this Amendment.
9a. ORGANIZATION'S NAME
9b. INDIVIDUAL'S LAST NAME: Rahman | FIRST NAME: Momina | MIDDLE NAME: A | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



71

# State of California

## Secretary of State

I, *Debra Bowen*, Secretary of State of the State of California, hereby certify:

That the attached transcript of 1 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 09, 2013

Debra Bowen

Secretary of State

FILE # 1273391639

Document Number: 37180950004

**Wicks Claims**



72

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Moye Wicks

B. SEND ACKNOWLEDGMENT TO: (Name and Address)
Moye Wicks
East San Yakdro Blvd
San Yakdro, Ca 92173-92105
USA

1a. INITIAL FINANCING STATEMENT FILE #

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION

3. CONTINUATION

4. ASSIGNMENT

5. AMENDMENT (PARTY INFORMATION)

CHANGE name and/or address

DELETE name

ADD name

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

EAST SAN YSIDRO | SAN YSIDRO | CA | 92173- | USA

7d. | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

10. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY

**Wicks Claims**



73

# State of California

## Secretary of State

I, *Debra Bowen* , Secretary of State of the State of California, hereby certify:

That the attached transcript of 5 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this day of

April 03, 2013

Debra Bowen

Secretary of State

FILE # 127290186702

Document Number: 37180950004

Wicks Claims

# State of California

## Secretary of State

I, ***Debra Bowen***, Secretary of State of the State of California, hereby certify:

That the attached transcript of 5 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.

***IN WITNESS WHEREOF***, I execute this certificate and affix the Great Seal of the State of California this day of

April 02, 2013

Debra Bowen

Secretary of State

FILE # 127209186702

ocument Number: 37170260006

**Wicks Claims**



98

12-7299186702

01/26/2012 15:58

FILED

UCC FINANCING STATEMENT

MONTE WICKS III

MONTE WICKS III
500 EAST SAN YSIDRO
SAN YSIDRO, CA 92173
USA

| | | | |
|---|---|---|---|
| WICKS | MONTE | | |
| Los Angeles | CA | | USA |

| | | | |
|---|---|---|---|
| WICKS | SARAH | | |
| Los Angeles | CA | | USA |

| | | | |
|---|---|---|---|
| WICKS III | MONTE | | |
| 500 EAST SAN YSIDRO | SAN YSIDRO | CA | 92173 | USA |

ALL PROCEEDS . ALL SECURITY AGREEMENTS . ALL PROPERTY HELD BY ANY PERSONS ALL HOLDINGS IN ANY BANK OR SAVINGS OR TRUST ACCOUNT IN THE NAME OF ALL DEBTOR(S) BANKS AND INSTITUTIONS FOREIGN AND DOMESTIC ON INTERNATIONAL WATERS . ALL RAILROAD CLAIMS . WATER CLAIMS RIGHTS ALL MINERAL RIGHTS ON ANY LANDS OWNED BY DEBTORS AT ANY TIME FROM 1881-DSC ALL INCLUDED ... SUPERIOR COURT CASES HELD BY ANY DEBTORS

CONSTRUCTIVE TRUST CLAIMS NON-JUDICIAL COM LIENS REDEVELOPMENT

FILING OFFICE COPY

Wicks Claims



T6

UCC FINANCING STATEMENT ADDITIONAL PARTY

[illegible]

Wicks Claims



77

## UCC FINANCING STATEMENT ADDITIONAL PARTY

LOS ANGELES CA USA

LOS ANGELES CA USA

LOS ANGELES CA USA

Wicks Claims



78

Page [illegible]

**UCC FINANCING STATEMENT ADDITIONAL PARTY**

[illegible] MOSES [illegible]

[illegible]

LOS ANGELES | CA | USA

[illegible] MATILDA [illegible]

LOS ANGELES | CA | USA

[illegible]

LOS ANGELES | CA | USA

[illegible]

Wicks Claims



79

Page 2

# UCC FINANCING STATEMENT ADDENDUM

Exception thereform the Westerly 41 FT lots 3 + 4 and Northerly 30 ft of Lot 3 in Blk 105 Bellevue Terrace Tract ... as recorded in Book 1 pg 452 in Miscellaneous Records

Clearing case 60092624 Deposit Account 14580-82003 ... Account ... 777-... 77 / ... 21-777

CITY OF LOS ANGELES

345 S. SPRING LA CA 90071

70,000,000 ...

LOTS 4-5 AND THE NORTHERLY 20 FEET ... OF LOT 3 BLK 105 BELLEVUE TERRACE TRACT

APN- 5151 017-009

451 SOUTH GRAND AVE LOS ANGELES CA ...

451 South Grand Ave Los Angeles CA

APN 5151 017-030

FILING OFFICE COPY

Wicks Claims

12-7299186702

01/26/2012 15:58

FILED

**UCC FINANCING STATEMENT**

[illegible]

MOYE WICKS II

[illegible]

MOYE WICKS II
338 EAST SAN YSIDRO
SAN YSIDRO, CA 92173
USA

1. DEBTOR'S EXACT FULL LEGAL NAME [illegible]

| | | | | |
|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME WICKS | FIRST NAME MOYE | MIDDLE NAME [illegible] | | SUFFIX |
| 1c. MAILING ADDRESS [illegible] AV | CITY Los Angeles | STATE CA | POSTAL CODE [illegible] | COUNTRY USA |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME [illegible]

| | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME [illegible] | FIRST NAME [illegible] | MIDDLE NAME [illegible] | | SUFFIX |
| 2c. MAILING ADDRESS [illegible] Ave | CITY Los Angeles | STATE CA | POSTAL CODE [illegible] | COUNTRY USA |

3. SECURED PARTY'S NAME [illegible]

| | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME WICKS III | FIRST NAME [illegible] | MIDDLE NAME | | SUFFIX |
| 3c. MAILING ADDRESS 338 EAST SAN YSIDRO | CITY SAN YSIDRO | STATE CA | POSTAL CODE [illegible] | COUNTRY USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL PROCEEDS , ALL SECURITY AGREEMENTS , ALL PROPERTY HELD BY ANY PERSONS ALL HOLDINGS IN ANY BANK OR SAVINGS OR TRUST ACCOUNT. IN THE NAME OF ALL DEBTORS BANKS AND INSTITUTIONS FOREIGN AND DOMESTIC ON INTERNATIONAL WATERS - ALL RAILROAD CLAIMS [illegible] CLAIMS RIGHTS ALL MINERAL RIGHTS ON ANY LANDS OWNED BY DEBTORS AT ANY TIME FROM [illegible] ALL INCLUDED [illegible] [illegible] SUPERIOR COURT CASES HELD BY ANY DEBTORS

[illegible]

8. OPTIONAL FILER REFERENCE DATA

[illegible] CONSTRUCTIVE TRUST CLAIMS NON- JUDICIAL COM LIENS [illegible]

FILING OFFICE COPY

Wicks Claims



80

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Munina Rahman

[illegible]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Munina A Rahman

[illegible] East San Ysidro Blvd

None

San Ysidro, Ca 92173 92173

USA

DOCUMENT NUMBER: [illegible]
FILING NUMBER: [illegible]
FILING DATE: [illegible]
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1a. INITIAL FINANCING STATEMENT FILE # [illegible]

1b. This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

2. TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination [illegible]

3. CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ASSIGNMENT (full or partial): [illegible]

5. AMENDMENT (PARTY INFORMATION): This Amendment affects [ ] Debtor or [x] Secured Party of record. Check only one of these two boxes. Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

[ ] CHANGE name and/or address: [illegible] [x] [illegible] [ ] [illegible]

6. CURRENT RECORD INFORMATION:

6a. ORGANIZATION'S NAME

[illegible] TRUST II

6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7. CHANGED (NEW) OR ADDED INFORMATION:

7a. ORGANIZATION'S NAME

7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any [ ] NONE

8. AMENDMENT (COLLATERAL CHANGE): check only one box.

[illegible] [ ] [illegible] [ ] [illegible] [x] [illegible] [ ] [illegible]

[illegible]

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT [illegible]

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

[illegible]

10. OPTIONAL FILER REFERENCE DATA

[illegible] TRUST II

FILING OFFICE COPY

**Wicks Claims**



82

Finally Submitted for Satisfaction

I, Assignee M. A. R, declare I am the in the above-entitled matter. I have read the foregoing complaint) and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein stated on information and belief, and, as to those matters, I believe it to be true. Executed on December 22, 2015, at County, California. I declare (or certify) under penalty of perjury that the foregoing is true and correct.

1207 ADC

Assignee M.A.R for

MOYE JARVIS WICKS TRUST



[redacted]

Superior Court of California County of San Diego

CLERK'S CERTIFICATE

The foregoing 80 page(s) is a true and correct copy of ☐ the original ☐ a copy on file with this office. It is ☐ the entire document ☐ an excerpt from a document.

Clerk of the Superior Court

1/3/23 by [signature]

Date Deputy G Lopez